**IN THE DISTRICT COURT OF VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS /ST. JOHN & ST. CROIX, VIRGIN ISLANDS**

**In Re:**

| | | |
|---|---|---|
| **MAITLAND BROTHERS COMPANY** | : | Bankruptcy No. **395-00024-MFW** |
| | : | |
| Debtor | : | Chapter **7** |
| | : | |

# ORDER OF THE COURT

Pursuant to the Order of the Court dated February 4, 2005, a Certificate of Deposit, (Certificate of Deposit# 160568), was purchased in the amount of **FOUR THOUSAND TWO HUNDRED AND NINETY-ONE DOLLARS AND FIFTY-TWO CENTS** ($4,291.52) at Banco Popular de Puerto Rico.

The Certificate of Deposit has remained opened for the last five years and no parties have come forward to claim the funds.

**IT IS HEREBY ORDERED** that the Clerk of the District Court is directed to close the Certificate of Deposit, (Certificate of Deposit #160568), which is being held at Banco Popular de Puerto Rico.

**IT IS FURTHER ORDERED** that the proceeds of Certificate of Deposit #160568 in the amount of **FOUR THOUSAND TWO HUNDRED AND NINETY-ONE DOLLARS AND FIFTY-TWO CENTS** ($4,291.52), plus accrued interest, be deposited in the United States Treasury, as Unclaimed Funds.

Dated: **September 29, 2010**

Mary F. Walrath
United States Bankruptcy Judge

A T T E S T:
WILFREDO F. MORALES
Clerk of the Court

By: _____
Deputy Clerk