**IN THE DISTRICT COURT OF VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS /ST. JOHN & ST. CROIX, VIRGIN ISLANDS**

**In Re:**

| | | |
|---|---|---|
| **MAITLAND BROTHERS COMPANY** | : | Bankruptcy No. **395-00024-MFW** |
| | : | |
| Debtor | : | Chapter **7** |
| | : | |

# ORDER OF THE COURT

Pursuant to the Order of the Court dated February 4, 2005, a Certificate of Deposit, (Certificate of Deposit# 160526), was purchased in the amount of **THREE THOUSAND THREE HUNDRED AND THIRTY-NINE DOLLARS AND SIXTY-ONE CENTS** ($3,339.61) at Banco Popular de Puerto Rico.

**IT IS HEREBY ORDERED** that the Clerk of the District Court is directed to close the Certificate of Deposit, (Certificate of Deposit #160526), which is being held at Banco Popular de Puerto Rico.

**IT IS FURTHER ORDERED** that the proceeds of Certificate of Deposit #160526 in the amount of **THREE THOUSAND THREE HUNDRED AND THIRTY-NINE DOLLARS AND SIXTY-ONE CENTS** ($3,339.61), plus accrued interest, be deposited in the United States Treasury, as Unclaimed Funds.

Dated: **September 29, 2010**

_____
Mary F. Walrath
United States Bankruptcy Judge

A T T E S T:
WILFREDO F. MORALES
Clerk of the Court

By: _____
Deputy Clerk