**IN THE DISTRICT COURT OF VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS /ST. JOHN & ST. CROIX, VIRGIN ISLANDS**

**In Re:**

| | | |
|---|---|---|
| **MAITLAND BROTHERS COMPANY** | : | Bankruptcy No. **395-00024-MFW** |
| | : | |
| Debtor | : | Chapter **7** |
| | : | |

## ORDER OF THE COURT

Pursuant to the Order of the Court dated September 2, 2004, a Certificate of Deposit, (Certificate of Deposit# 157393), was purchased in the amount of **TWENTY-FOUR THOUSAND TWO HUNDRED AND FOURTEEN DOLLARS** ($24,214.00) at Banco Popular de Puerto Rico. On February 5, 2007, the Clerk the Court was ordered to pay unclaimed funds from the Certificate of Deposit mentioned above in the amount of **TEN THOUSAND FIVE HUNDRED AND ELEVEN DOLLARS AND THIRTY-FOUR CENTS ($10,511.34)**.

**IT IS HEREBY ORDERED** that the Clerk of the District Court is directed to close the Certificate of Deposit #157393(Instrument Number 02030000002) , which is being held at Banco Popular de Puerto Rico.

**IT IS FURTHER ORDERED** that the proceeds of Certificate of Deposit #157393(Instrument Number 02030000002) in the amount of **TEN THOUSAND FIVE HUNDRED AND ELEVEN DOLLARS AND THIRTY-FOUR CENTS ($10,511.34)**, plus accrued interest, be deposited in the United States Treasury, as Unclaimed Funds.

Dated: **September 29, 2010**

_____
Mary F. Walrath
United States Bankruptcy Judge

A T T E S T:
WILFREDO F. MORALES
Clerk of the Court

By: _____
Deputy Clerk